```
                              IT IS HEREBY ADJUDGED
                              and DECREED this is SO
                              ORDERED.
```


1  **PERRY & SHAPIRO, L.L.P.**
   3300 N. Central Avenue, #2200              Dated: October 02, 2009
2  Phoenix, Arizona 85012
   (602) 222-5711
3  (602) 222-5701 Facsimile                   _____
   (847) 627-8802 Facsimile                         SARAH S. CURLEY
4  AZNotices@logs.com, e-mail                      U.S. Bankruptcy Judge
   Christopher R. Perry, Bar #009801
5  Jason P. Sherman, Bar #019999
   Attorney for JP Morgan Chase Bank, N.A.
6  [FILE 09-012416 CHE]

7
                    UNITED STATES BANKRUPTCY COURT
8                        DISTRICT OF ARIZONA

9  In re:                                Case # 2:09-bk-07616-SSC

10 THERESA ROSE BOTTOMS AND DAVID         Chapter 13 Proceedings
   LEE BOTTOMS, SR.,

11         Debtor.

12 JP Morgan Chase Bank, N.A.,                 **ORDER LIFTING**
   its assignees and / or                    **THE AUTOMATIC STAY**
   successors in interest,
13         Movant,                         Re: Real Property located at
                                              1501 East Sunnyslope Lane
14 v.                                            Phoenix, AZ 85020

15 THERESA ROSE BOTTOMS AND DAVID
   LEE BOTTOMS, SR., Debtor, and
16 Chapter 13 Trustee Russell
   Brown,
17         Respondents.

18     The court finds that a Motion for Relief From the Automatic

19 Stay and a Notice of Filing of the Motion have been filed with

20 the Court and served upon interested parties in the above

21 captioned matter by JP Morgan Chase Bank, N.A., ("CHASE"), and

22 that good cause exists to grant the Motion for Relief;

23

24

**THEREFORE, IT IS ORDERED:**

1. CHASE, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 1501 East Sunnyslope Lane, Phoenix, AZ 85020 and legally described as:

> A PARCEL OF LAND SITUATED IN THE STATE OF ARIZONA, COUNTY OF MARICOPA, WITH A STREET LOCATION ADDRESS OF 1501 E SUNNYSLOPE LN; PHOENIX, AZ 85020-2728 CURRENTLY OWNED BY DAVID BOTTOMS AND THERESA R BOTTOME HAVING A TAX INDENTIFICATION NUMBER OF 159-33-070 AND FURTHER DESCRIBED AS HIGH POINT PARK

2. CHASE may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, CHASE may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against CHASE shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
Sarah S. Curley
U. S. Bankruptcy Court Judge